190 So.2d 229

### Succession of William A. BISSO, Sr.

No. 48299.

Oct. 5, 1966.

In re: William A. Bisso, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 186 So.2d 692.

Writ refused. On the facts found by the Court of Appeal we find no error in the result reached.

190 So.2d 230

### Gertruda WIEWIARAWSKA

v.

### STATE of Louisiana through the ADMINISTRATOR for the DIVISION OF EMPLOYMENT SECURITY.

No. 48304.

Oct. 5, 1966.

In re: Gertruda Wiewiarawska applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 186 So.2d 680.

Writ refused. There is no error of law in the judgment complained of.